UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CHANTIX (VARENICLINE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>*This Document Relates to All Actions* | 22-MD-3050 (KPF)<br><br>22-MC-3050 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received Temporary Plaintiffs' Counsel's submissions proposing an appropriate leadership structure for this case, as well as attorney recommendations. (*See* Dkt. #19 (initial proposal); Dkt. #25 (revised proposal)).[1] The Court appreciates Temporary Plaintiffs' Counsel's decision to revise its initial leadership proposal, and is inclined to endorse the revised leadership structure. As discussed with the parties during the April 7, 2023 initial conference, the Court requests letter briefs (or an appropriate analogous submission) from any interested parties seeking to be appointed as Plaintiffs' counsel in this case. Accordingly, Temporary Plaintiffs' Counsel is directed to file a submission for appointment in line with the revised proposal by **April 21, 2023**. Any opposition submissions must be filed by **April 28, 2023.**

SO ORDERED.

Dated: April 7, 2023
New York, New York

KATHERINE POLK FAILLA
United States District Judge

---

[1] The citations in this Order reflect the 22-MD-3050 docket.