UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CHANTIX (VARENICLINE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>*This Document Relates to All Actions* | 22-MD-3050 (KPF)<br><br>22-MC-3050 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 5, 2023, Plaintiffs filed the Consolidated Master Class Action Complaint. (22-MD-3050, Dkt. #40). The Court adopts the parties' prior proposal for briefing Defendant's contemplated motion to dismiss. (22-MD-3050, Dkt. #25). As such, Defendant shall file its motion to dismiss and supporting papers by **June 20, 2023**; Plaintiffs shall file their opposition by **August 4, 2023**; and Defendant shall file any reply by **August 25, 2023**. The parties' opening brief and opposition shall not exceed 35 pages, and the reply shall not exceed 15 pages. The parties are directed to adhere to all other formatting conventions as set forth in this Court's Individual Rules.

Should Defendant no longer wish to move to dismiss the Consolidated Complaint, Defendant is directed to file a letter by May 12, 2023.

SO ORDERED.

Dated:  April 7, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge