UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> CHANTIX (VARENICLINE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II) <br><br> *This Document Relates to All Actions* | 22-MD-3050 (KPF) <br> 22-MC-3050 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record at the May 6, 2025 telephonic conference, the Court hereby dismisses Plaintiffs' warranty claims for lack of pre-suit notice.  The Court finds that Plaintiffs cannot amend their pleadings, in a manner consistent with Rule 11 of the Federal Rules of Civil Procedure, to allege compliance with the pre-suit notice requirements.   The Court also dismisses Plaintiffs' negligence-based claims based on the economic loss doctrine, except it leaves in place the negligent misrepresentation claims brought by Plaintiffs under Georgia and North Carolina law.  The parties are ORDERED to meet and confer and provide the Court with a proposed case management plan on or before **May 30, 2025.**

SO ORDERED.

Dated:   May 6, 2025
         New York, New York

_____
        KATHERINE POLK FAILLA
        United States District Judge