

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Loren H. Brown
loren.brown@us.dlapiper.com
T  212.335.4846
F  212.884.8546

March 12, 2026

*Via ECF*
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:  *In re: Chantix (Varenicline) Mktg., Sales Practices and Prods. Liab. Litig. (No. II)*, 22-MD-3050 (KPF), 22-mc-3050 (KPF) (S.D.N.Y.)

Dear Judge Failla:

Plaintiffs' Interim Lead Counsel and Defendant Pfizer Inc. ("Pfizer") write jointly to advise the Court that the parties have reached a settlement in principle to resolve the litigation on a class-wide basis.  The parties therefore jointly request a stay of the current action to allow the parties to focus their efforts on preparing the paperwork necessary to seek preliminary approval of the settlement.  Plaintiffs' Interim Lead Counsel expects to be able to file such a motion within 45 days of the date of this letter.

The parties are available to address any questions that the Court might have at the Court's convenience.


Respectfully,

/s/ Loren H. Brown                          /s/ Ruben Honik
Loren H. Brown                              Ruben Honik
DLA PIPER LLP (US)                          Honik LLC
1251 Avenue of the Americas                 1515 Market Street, Suite 1100
New York, NY 10020-1104                     Philadelphia, PA 19102
T: 212-335-4846                             T: 267-435-1300
loren.brown@dlapiper.com                    ruben@honiklaw.com

*Counsel for Defendant Pfizer Inc.*         *Plaintiffs' Lead Counsel*


cc:      Counsel of Record (via ECF)

Application GRANTED.  Plaintiff shall file its papers seeking preliminary approval of the settlement on or before **April 27, 2026**.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and stay this matter.

Dated:     March 12, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE