**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>CHANTIX (VARENICLINE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>*This Document Relates to All Actions* | 22-MD-3050 (KPF)<br><br>22-MC-3050 (KPF) |

**ORDER AWARDING ATTORNEYS' FEES,**
**REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**

The matter having come before the Court on August 28, 2026, on Class Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards (the "Fee Motion") in the above-captioned action (the "Action"), and the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. This Order incorporates by reference the definitions in the Class Action Settlement Agreement dated May 22, 2026 (the "Settlement Agreement") (ECF No. 131-1), and all capitalized terms used in this Order, but not defined herein, shall have the same meanings as set forth in the Settlement Agreement.

2. This Court has jurisdiction over the subject matter of this Order, the Fee Motion, and all matters relating thereto, including Settlement Class Members.

3. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice was directed to all

Settlement Class Members advising them: (a) that Class Counsel would seek an award of attorneys' fees of up to 33.33% of the Settlement Fund and reimbursement of litigation expenses incurred in connection with the prosecution of the Action, and that Plaintiffs would seek service awards from the Settlement Fund in the amount of $15,000 each for TPP Plaintiffs and $5,000 each for Consumer Plaintiffs in recognition for their services in helping to bring and resolve this case; and (b) that Settlement Class Members had a right to object to such applications(s). A full and fair opportunity was given to all Persons who are Settlement Class Members to be heard with respect to the Fee Motion, and there were no objections to the requested attorneys' fees, reimbursement of litigation expenses, or Service Award.

4. The Court hereby awards Class Counsel attorneys' fees in the amount of $14,666,666.67 and litigation expenses in the amount of $144,340.20 (which fees and expenses shall be paid from the Settlement Fund). The award of attorneys' fees and litigation expenses shall also include interest earned thereon for the same time period and at the same net rate that is earned by the Settlement Fund until paid.

5. The awarded attorneys' fees and litigation expenses shall immediately be paid to Class Counsel from the Settlement Fund, subject to the terms, conditions, and obligations of the Settlement Agreement, which terms, obligations, and conditions are incorporated herein.

6. Any appeal or challenge affecting this Court's approval regarding the Fee Motion shall in no way disturb or affect the finality of the Final Judgment entered with respect to the Settlement.

7. TPP Plaintiffs are awarded $15,000 each from the Settlement Fund and Consumer Plaintiffs are awarded $5,000 each from the Settlement Fund related to their representation of the

Settlement Class, which shall become payable upon the Effective Date. The payments to Plaintiffs are appropriate considering their active participation as class representatives in this Action.

8. In the event that the Settlement is terminated or the Judgment approving the Settlement does not become Final or the Effective Date does not occur in accordance with the terms of the Settlement Agreement, this Order shall be rendered null and void to the extent provided in the Settlement Agreement and shall be vacated in accordance with the Settlement Agreement.

9. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

**IT IS SO ORDERED.**

Dated: October 13, 2026
New York, New York

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE